EDWARD E. CONDON, PETITIONER-APPELLANT, v. LINDEN B. SMITH, TRADING AS SUNSET VIEW FARMS, RE-SPONDENT-RESPONDENT.

Argued February 6, 1956—Decided February 20, 1956.

*Mr. Louis Winer* argued the cause for the appellant.

*Mr. Lewis P. Dolan* argued the cause for the respondent (*Messrs. Dolan & Dolan, attorneys; Mr. William Martin Cox* on the brief).

558

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Freund in the court below.

*For affirmance*—Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Chief Justice VANDERBILT—1.